STATE OF NEW JERSEY v. DARICE BROWN.

November 7, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN O'CONNELL.

November 7, 1984.

Petition for certification denied.

BROWNSTONE ASSOCIATES v. THE MAYOR AND TOWNSHIP COMMITTEE OF THE TOWNSHIP OF LITTLE FALLS AND LITTLE FALLS TENANTS ASSOCIATION.

November 7, 1984.

Petition for certification granted.

RICHARD M. GILL v. CITY OF JERSEY CITY.

November 7, 1984.

Petition for certification denied.